UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| WILLIAM BIRDNECKLACE, | ) | CIV. 07-5008-AWB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JOHN YELLOW BIRD STEELE; | ) | |
| LISA ADAMS; | ) | |
| WILLIAM BREWER; | ) | |
| FLOYD BRINGS PLENTY; | ) | |
| JAKE LITTLE; | ) | |
| DON GARNIER; | ) | |
| ELLA JON CARLOW; | ) | |
| CAROL CRAZY THUNDER | ) | |
| O'ROURKE; | ) | |
| SONIA LITTLE HAWK; | ) | |
| TOM CONROY; | ) | **JUDGMENT** |
| RON DUKE; | ) | |
| LYDIA BEAR KILLER; | ) | |
| CRAIG DILLON; | ) | |
| KIM CLAUSEN; | ) | |
| JIM MEEKS; | ) | |
| THOMAS POOR BEAR; | ) | |
| AUSTIN WATKINS, SR.; | ) | |
| CORA WHITING; | ) | |
| PHILIP GOOD CROW; | ) | |
| WESLEY CHUCK JACOBS; | ) | |
| GARFIELD STEELE; | ) | |
| KATHY JANIS; | ) | |
| ALBERTA IRON-CLOUD MILLER; | ) | |
| and OGLALA SIOUX TRIBE, | ) | |
| | ) | |
| Defendants. | ) | |

In accordance with this Court's Memorandum Opinion and Order filed on April 11, 2008, Docket 80, it is hereby

ORDERED that judgment is entered in favor of the Defendants and against Plaintiff.

IT IS FURTHER ORDERED that this action is hereby dismissed with prejudice and without costs to either party.

Dated June 24, 2008.

                                            BY THE COURT:

                                            /s/ Andrew W. Bogue
                                            ANDREW W. BOGUE
                                            SENIOR DISTRICT JUDGE